Anton J. Cermak, Bailiff, for use of Robert Eckhardt, Appellee, v. Chicago Bonding & Surety Company, Appellant.

Gen. No. 23,686.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. NELS A. LARSON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed May 15, 1918.

## Statement of the Case.

Action on a replevin bond by Anton J. Cermak, bailiff of the Municipal Court of Chicago, for the use of Robert Eckhardt, plaintiff, against Chicago Bonding & Surety Company, defendant. From a judgment for plaintiff for $95.91, defendant appeals.

WILLIAM McKINLEY, LUTHER F. BINKLEY and ALBERT SABATH, for appellant.

No appearance for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

REPLEVIN, § 152*—*when judgment is sufficient.* A judgment in a replevin suit complies with section 22 of the Replevin Act (J. & A. ¶ 9207) and is sufficient to support an action on the bond where it holds, in effect, that the property is held by the defendant in replevin for the payment of money, and orders that unless the amount for which it is so held be paid within twenty days, the property be returned.